AO 442 (Rev. 11/11) Arrest Warrant

I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office.

ATTEST:
Clerk, U.S. District Court
Northern District of California
By JESSIE MOSLEY   Deputy Clerk
Date JUL 2 6 2023

# UNITED STATES DISTRICT COURT
## for the
### Northern District Of California

United States of America
v.

Ross Anthony Farca
*Defendant*

)
)
)
)
)
)
)

Case No. 4:19-CR-00643-001 JST

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                     Ross Anthony Farca                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☑ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

The client committed a new law violation.

Date:     October 20, 2020

_____
Issuing officer's signature

City and state:     Oakland, CA

United States District Judge Jon S. Tigar
_____
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ Arresting officer's signature |
| _____ Printed name and title |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____ Ross Anthony Farca _____

Known aliases: _____

Last known residence: ▓▓▓ Greenhall Way Antioch,CA 94509 Phone:9258188322 _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: Unemployed _____

Last known telephone numbers: N/A _____

Place of birth: Martinez, CA _____

Date of birth: ▓▓▓/1995 _____

Social Security number: ▓▓▓▓▓1268 _____

Height: 5'6 _____ Weight: 150 _____

Sex: Male _____ Race: White _____

Hair: Brown _____ Eyes: Hazel _____

Scars, tattoos, other distinguishing marks: _____
_____
_____

History of violence, weapons, drug use: _____
_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____
_____

FBI number: ▓▓▓▓PAN _____

Complete description of auto: _____
_____

Investigative agency and address: _____
_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____
Nicole Brown U.S. Probation Officer Specialist (510) 637-3603 _____

Date of last contact with pretrial services or probation officer *(if applicable)*: 10/8/20 ***client is in state custody
_____
_____